```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13677
   VANESSA WILEY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9246


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/31/2007 and was confirmed 11/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/31/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG         .00             .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE         .00             .00            .00
AMERICREDIT FINANCIAL SV SECURED NOT I      200.00             .00         200.00
AMERICAS RECOVERY NETWOR UNSECURED        NOT FILED            .00            .00
CAPITAL ONE BANK         UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING  UNSECURED        NOT FILED            .00            .00
CRED PROTECTION ASSOCIAT UNSECURED        NOT FILED            .00            .00
ER SOLUTIONS INC         UNSECURED           329.49            .00            .00
PREMIER BANKCARD         UNSECURED           436.60            .00            .00
GLOBAL PAYMENTS          UNSECURED           325.00            .00            .00
HARVARD COLLECTION SERVI UNSECURED        NOT FILED            .00            .00
MEDICAL COLLECTION       UNSECURED        NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED          1004.56            .00            .00
MIDLAND CREDIT MANAGEMEN UNSECURED        NOT FILED            .00            .00
MONTEREY FINANCIAL SERVI UNSECURED           178.80            .00            .00
MUNCIPAL COLLECTION SERV UNSECURED        NOT FILED            .00            .00
NELSON WATSON & ASSOC    UNSECURED        NOT FILED            .00            .00
NEW LINCOLN HOME IMPROVE UNSECURED        NOT FILED            .00            .00
OXFORD COLLECTION SERVIC UNSECURED        NOT FILED            .00            .00
PELLETTIERI & ASSOC      UNSECURED        NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED           369.14            .00            .00
THE NEIGHBORHOOD         UNSECURED        NOT FILED            .00            .00
WOW INTERNET CABLE       UNSECURED        NOT FILED            .00            .00
AMERICREDIT FINANCIAL SV UNSECURED        NOT FILED            .00            .00
AMERICREDIT FINANCIAL SV NOTICE ONLY      NOT FILED            .00            .00
MONTEREY FINANCIAL SERVI SECURED             500.00           5.80          69.20
NEW LINCOLN HOME IMPROVE SECURED NOT I      1816.95            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY        3,214.00                      2,035.31
TOM VAUGHN               TRUSTEE                                            158.55
DEBTOR REFUND            REFUND                                             459.92

     Summary of Receipts and Disbursements:

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 13677 VANESSA WILEY
```

```
-------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  2,928.78

PRIORITY                                              .00
SECURED                                            269.20
    INTEREST                                          5.80
UNSECURED                                             .00
ADMINISTRATIVE                                   2,035.31
TRUSTEE COMPENSATION                               158.55
DEBTOR REFUND                                      459.92
                        ---------------    ---------------
TOTALS                   2,928.78                2,928.78
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 04/23/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE







                         PAGE   2
         CASE NO. 07 B 13677 VANESSA WILEY